# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON __1-2-15__

THIS RECORD WAS ORIGINALLY DUE ON __10-31-14__

I AM REQUESTING __30__ DAYS

THIS RECORD IS APPROXIMATELY __400__ PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES __✓__NO

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/8/2015 10:22:09 AM
DEBBIE AUTREY
Clerk

SIXTH COURT OF APPEALS CAUSE NO. __06-14-00116-CR; 06-14-00117-CR__

STYLE OF CASE: __Joseph John Grubbs v. State__

TRIAL COURT __354th__

TRIAL COURT CAUSE NO. __29,417; 29,725__

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s): (Check all that apply – attach additional pages if necessary.)

☐   To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒   My duties listed below preclude working on this record: __Working on other__ __appeals and transcripts and so I have not__ __started on this one.__

☐   Other (explain): _____

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

1-8-15
Date

903-408-4108
Office Phone Number

_____
E-mail address (if available)

_____
Signature

Julie Vrooman
Printed Name

Court reporter
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**

Name: Jason Duff

Address: PO Box 11

Greenville 75403

Phone No. _____

Attorney for: Grubbs

**Lead Counsel for Appellee(s):**

Name: Lauren Hudgeons

Address: PO Box 1097

Greenville 75403

Phone No. 903-408-4180

Attorney for: State

FAX TO: Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)